UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DOMINIC ROSATO,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 2:18-cv-176-FtM-99CM

DONALD SAWYER, REBECCA JACKSON, JP CARNER, KAREN WARREN, CHRISTINA DUDZINSKI-MCGUNN, BRIAN L. MASONY, THE DEPARTMENT OF CHILDREN AND FAMILIES and FNU RIDDLE,

    Defendants.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on Plaintiff's Unsigned Complaint (Doc. 1) filed on March 16, 2018. The Complaint was not signed by Plaintiff. Pursuant to the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Plaintiff's Complaint is therefore due to be stricken from the record.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Plaintiff may refile his Complaint after he signs it.  Plaintiff is cautioned that even though he is proceeding *pro se* he is still required to proceed in accordance with the Federal and Local Rules. Loren v Sasser, 309 F.3d 1296, 1304 (11th Cir. 2002) (holding that even *pro se* parties must follow procedures).

Accordingly, it is now

**ORDERED:**

(1)     Plaintiff Dominic Rosato's Complaint (Doc. 1) is **STRICKEN** and shall be returned to Plaintiff.

(2)     Within **TWENTY-ONE (21) DAYS** from the date on this Order, Plaintiff shall file a <u>signed</u> Complaint.

(3)     Plaintiff's failure to timely comply with this Order, or explain his inability to comply, will result in the dismissal of this action without further notice.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of April, 2018.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Dominic Rosato
SA: FTMP-2